ERIC GRANT
United States Attorney
LUKE BATY
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000


Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:26-po-00021-CDB |
| Plaintiff, | [Citation #E1574304 CA/10] |
| v. | |
| ANGELLO GAZANIYAYA, | MOTION AND ORDER FOR DISMISSAL |
| Defendant. | |

The United States of America, by and through Luke Baty, Assistant United States Attorney, hereby moves to dismiss Case No. 5:26-po-00021-CDB [Citation #E1574304 CA/10] against ANGELLO GAZANIYAYA, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: March 9, 2026                          Respectfully submitted,

                                             ERIC GRANT
                                             United States Attorney

                              By:    /s/ *Luke Baty*
                                     LUKE BATY
                                     Assistant United States Attorney

1

**O R D E R**

IT IS HEREBY ORDERED on the motion of the United States of America pursuant to Fed. R. Crim. P. 48(a) that Case No. 5:26-po-00021-CDB [Citation #E1574304 CA/10] against ANGELLO GAZANIYAYA be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:    **March 10, 2026**

UNITED STATES MAGISTRATE JUDGE

2

U.S. v. Gazaniyaya
Case No. 5:26-po-00021-CDB